**RICHARD P. BERMAN #55462**
Attorney at Law
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947



ATTORNEY FOR   Defendant, JANE MARY AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JANE MARY AVILA,<br><br>    Defendant. | Case No.: CRF-07-00083-OWW<br><br><u>PROPOSED ORDER GRANTING<br>DEFENDANT, JANE AVILA'S,<br>DISCOVERY MOTION</u> |

The motion of Defendant, JANE AVILA, came on for hearing September 17, 2007, at 1:30 p.m. in Courtroom 2 of the above-captioned Court, the Honorable Oliver W. Wanger presiding. Defendant was present and appeared with her attorney Richard P. Berman, and the United States appeared through its counsel Assistant United States Attorney Stanley Boone.

Upon reviewing the moving and responsive papers filed by the parties, and hearing argument on the motion, and GOOD CAUSE appearing therefor, the Court orders the Government to provide to counsel for Defendant, JANE AVILA, the following discovery:

1. Produce all exculpatory information ~~pertaining to~~ *required by Brady v. Maryland, 373 U.S. 83 (1963).* ~~Defendant's involvement in, or the scope of her involvement in,~~

1. fraudulent unemployment claims made to the State of California, or any agency thereof, or the laundering of proceeds from such claims. This includes disclosure of all witnesses and information detailing a lack of involvement in such activity by Defendant, JANE AVILA.

2. Produce all inventories, if they currently exist, of physical and documentary evidence.

3. Disclose all expert witnesses and a written summary of their expected testimony. The summary must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications in accordance with Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure.

4. Produce all tangible documents material to the preparation of a defense, or which are otherwise subject to disclosure to the defense pursuant to Rule 16(a)(1)(E).

Initial compliance with this order shall be made by __11-17-__, 2007.

IT IS SO ORDERED.

DATED: October 5, 2007.

_____
HONORABLE OLIVER W. WANGER
United States District Court Judge

2