(SPACE BELOW FOR FILING STAMP ONLY)

**RICHARD P. BERMAN #55462**
Attorney at Law
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JANE AVILA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| UNITED STATES OF AMERICA, | Case No.:   CRF-07-0083-OWW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO ALLOW DEFENDANT, JANE AVILA, TO TRAVEL OUT OF COUNTRY** |
| vs. | |
| JANE AVILA, | |
| Defendant. | |

TO THE HONORABLE OLIVER W. WANGER, JUDGE OF ABOVE-ENTITLED COURT:

   The parties herein, Pretrial Services Officer Lydia Serrano, Assistant U.S. Attorney Stanley Boone, and Defendant, JANE AVILA, hereby agree and stipulate that Defendant, JANE AVILA, be allowed to travel out of the country for the holidays to Guadalajara, Mexico, from December 25, 2007, and return to the United States on January 11, 2008.

   It is respectfully requested that Defendant, JANE AVILA's, passport be temporarily released to her for this trip.

   Defendant will immediately surrender her passport to the Clerk of the Court upon her return.

///

1  IT IS SO STIPULATED.

2  Dated: October 30, 2007.  Respectfully submitted,

3  LAW OFFICE OF RICHARD P. BERMAN

5  By /s/ RICHARD P. BERMAN
   RICHARD P. BERMAN
6  Attorney for Defendant,
   JANE AVILA

8  Dated: October 30, 2007.   McGREGOR W. SCOTT
                              United States Attorney

11 By /s/ STANLEY A. BOONE
   STANLEY A. BOONE
   Assistant U.S. Attorney

12 Dated:  October 23, 2007.   PRETRIAL SERVICES

14 By  /s/ LYDIA SERRANO
      LYDIA SERRANO

16 **ORDER**

17 Good cause appearing therefor,

18 **IT IS HEREBY ORDERED** that based upon the agreement of the parties, the pretrial conditions of release are modified to allow Defendant, JANE AVILA, to travel to Guadalajara, Mexico, from December 25, 2007, to January 11, 2008.

21 **IT IS FURTHER ORDERED** that Defendant, JANE AVILA, will immediately surrender her passport to the Clerk of the Court upon her return.

23 IT IS SO ORDERED.

24 **Dated:   November 2, 2007**           /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

2