**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JANE AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| UNITED STATES OF AMERICA, | Case No.:   CRF-07-0083-0WW |
|---|---|
| Plaintiff, | **WAIVER OF APPEARANCE** |
| vs. | |
| **JANE MARY AVILA,** | |
| Defendant. | |

    **NOW COMES** Defendant, JANE MARY AVILA, through her attorney, RICHARD P. BERMAN, and having been fully informed of her right to be present at the hearing on the Motion to Compel Discovery herein on Monday, January 7, 2008, at 1:30 p.m. does hereby waive and give up her right to be present and authorizes her attorney to attend for her and to accept each and every order of the Court on her behalf as if she were present.

    Dated:  December 18, 2007.

    /s/ JANE M. AVILA
    JANE MARY AVILA

///

///

**********

**O R D E R**

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, JANE MARY AVILA, is hereby excused from appearing at the hearing on the Motion to Compel Discovery currently scheduled for January 7, 2008.

IT IS SO ORDERED.

**Dated:   December 20, 2007**              /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE