1  McGREGOR W. SCOTT
   United States Attorney
2  STANLEY A. BOONE
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6

7

8           IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )   1:07-CR-0083-0WW
11                                  )
              Plaintiff,            )   STIPULATION TO CONTINUE
12                                  )   HEARING and ORDER
         v.                         )
13                                  )
   JANE MARY AVILA,                 )
14                                  )
              Defendant.            )
15                                  )
                                    )
16

17      IT IS HEREBY STIPULATED by and between the parties hereto through their respective

18 counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Richard P. Berman,

19 Attorney for Defendant, that the Defendant's motion to compel discovery and for sanctions

20 presently set for January 7, 2008, at 1:30 p.m., may be continued to February 4, 2008, at 1:30 p.m.

21 //

22 //

23 //

24 //

25 //

26 //

27

28                                          1

The parties also agree that time continues to be excluded pursuant to the Speedy Trial Act under 18 U.S.C. §§ 3161(h)(1)(F) and (h)(8)(A) for the Court's consideration of the pre-trial motion and the parties' preparation of the case.

                                                Respectfully submitted,

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: 12/212007                  By     /s/ Stanley A. Boone
                                                STANLEY A. BOONE
                                                Assistant U.S. Attorney

DATE: 12/212007                   By     /s/ Richard P. Berman
                                                RICHARD P. BERMAN
                                                Attorney for Jane Mary Avila

                                                    **ORDER**

IT IS SO ORDERED.

**Dated:   December 27, 2007**               **/s/ Oliver W. Wanger**
                                                  UNITED STATES DISTRICT JUDGE