**RICHARD P. BERMAN #55462**
Attorney at Law
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JANE AVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JANE AVILA,<br><br>Defendant. | Case No.:   CRF-07-0083-OWW<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT, JANE AVILA, TO TRAVEL OUT OF COUNTRY** |

TO THE HONORABLE OLIVER W. WANGER, JUDGE OF ABOVE-ENTITLED COURT:

The parties herein, Assistant U.S. Attorney Stanley Boone, and Defendant, JANE AVILA, hereby agree and stipulate that Defendant, JANE AVILA, be allowed to travel out of the country to return her mother to Mexico and to complete a real estate transaction from June 27, 2008, and return to the United States on July 14, 2008.  JANE AVILA is to provide documentation forthwith to the Government regarding the property being sold. All proceeds from the sale of that property are to be deposited into the trust account of Richard P. Berman, Attorney at Law, and to be held therein until further agreement of the parties or court order.

1

1    Pretrial Services does not oppose the travel out of the
2 country.
3    It is respectfully requested that Defendant, JANE AVILA's,
4 passport be temporarily released to her for this trip.
5    Defendant will immediately surrender her passport to the
6 Clerk of the Court upon her return.
7    IT IS SO STIPULATED.
8    Dated: June 19, 2008.   Respectfully submitted,

                                  LAW OFFICE OF RICHARD P. BERMAN


                                  By /s/ RICHARD P. BERMAN
                                     RICHARD P. BERMAN
                                     Attorney for Defendant,
                                     JANE AVILA

     Dated: June 19, 2008.        McGREGOR W. SCOTT
                                  United States Attorney


                                  By /s/ STANLEY A. BOONE
                                     STANLEY A. BOONE
                                     Assistant U.S. Attorney

**ORDER**

20    Good cause appearing therefor,

21    **IT IS HEREBY ORDERED** that based upon the agreement of the parties, the pretrial
22 conditions of release are modified to allow Defendant, JANE AVILA, to travel to Mexico from
23 June 27, 2008, to July 14, 2008. JANE AVILA is to provide documentation
24 forthwith to the Government regarding the property being sold.
25 All proceeds from the sale of that property are to be deposited
26 into the trust account of Richard P. Berman, Attorney at Law, and
27 to
28 ///

1  be held therein until further agreement of the parties or court
2  order.
3      **IT IS FURTHER ORDERED** that Defendant, JANE AVILA, will immediately
4  surrender her passport to the Clerk of the Court upon her return.
5      IT IS SO ORDERED.
6  **Dated:   June 19, 2008**　　　　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE