**RICHARD P. BERMAN #55462**
**Attorney at Law**
2333 MERCED STREET
FRESNO, CA 93721
PHONE (559) 438-7425
FAX (559) 233-6947

ATTORNEY FOR   Defendant, JANE AVILA

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JANE AVILA,<br><br>Defendant. | Case No.:   CRF-07-0083-OWW<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT, JANE AVILA, TO TRAVEL OUT OF COUNTRY** |

TO THE HONORABLE OLIVER W. WANGER, JUDGE OF ABOVE-ENTITLED COURT:

The parties herein, Assistant U.S. Attorney Stanley Boone, and Defendant, JANE AVILA, hereby agree and stipulate that Defendant, JANE AVILA, be allowed to travel out of the country for the holidays with her mother to Aguas Calientes, Mexico, from December 18, 2008, and return to the United States on January 5, 2009.

Pretrial Services does not oppose the travel out of the country.

It is respectfully requested that Defendant, JANE AVILA's, passport be temporarily released to her for this trip.

Defendant will immediately surrender her passport to the Clerk of the Court upon her return.

IT IS SO STIPULATED.

Dated: December 11, 2008.  Respectfully submitted,

          LAW OFFICE OF RICHARD P. BERMAN


By /s/ RICHARD P. BERMAN
  RICHARD P. BERMAN
  Attorney for Defendant,
  JANE AVILA

Dated: December 11, 2008.   McGREGOR W. SCOTT
                                   United States Attorney


By /s/ STANLEY A. BOONE
  STANLEY A. BOONE
  Assistant U.S. Attorney

**ORDER**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that based upon the agreement of the parties, the pretrial conditions of release are modified to allow Defendant, JANE AVILA, to travel to Aguas Calientes, Mexico, from December 18, 2008, to January 5, 2009.

**IT IS FURTHER ORDERED** that Defendant, JANE AVILA's, passport be returned to her forthwith.

**IT IS FURTHER ORDERED** that Defendant, JANE AVILA, will immediately surrender her passport to the Clerk of the Court upon her return.

IT IS SO ORDERED.

**Dated:   December 12, 2008**          /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE