LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-0083-OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION FOR CONTINUANCE |
| | ) | AND ORDER |
| v. | ) | |
| | ) | |
| JANE MARY AVILA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Richard P. Berman, Attorney for Defendant, that the trial currently set for February 10, 2009, be continued to June 2, 2009, at 9:00 a.m., and that the trial confirmation hearing currently set for January 20, 2009, be continued to May 11, 2009, at 9:00 a.m.  The continuance is requested based upon the need for adequate trial preparation by the parties in the case.

   It is further stipulated by the parties that any delay resulting from this continuance shall be excluded on the following basis:

1

1. Title 18, United States code Section 3161(h)(8)(A) -- that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial;

2. Title 18, United States Code, Section 3161(h)(8)(ii) -- that it is unreasonable to expect adequate preparation for pre-trial proceedings or for the trial itself with the time limits established due to the complexity of the case.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: January 16 , 2009     By     /s/ Stanley A. Boone
                                     STANLEY A. BOONE
                                     Assistant U.S. Attorney


DATE: January 16, 2009       By     /s/ Richard P. Berman
                                     RICHARD P. BERMAN
                                     Attorney for Jane Mary Avila

**ORDER**

IT IS SO ORDERED.  Good cause having been shown, the Trial scheduled to begin on February 10, 2009, is vacated and is now scheduled for June 2, 2009, at 9:00 a.m.  IT IS FURTHER ORDERED, that the trial confirmation hearing, currently scheduled for January 20, 2009, is continued to May 11, 2009, at 9:00 a.m.  Motions in Limine will be due on April 27, 2009 with responses due on May 6, 2009.

Additionally, time shall be excluded by stipulation from the parties and pursuant to 18 U.S.C. §§ 3161(h)(A) and 3161 (b)(B)(ii).

IT IS SO ORDERED.

**Dated:   January 16, 2009**            /s/ Oliver W. Wanger
                                         UNITED STATES DISTRICT JUDGE