LAWRENCE G. BROWN
Acting United States Attorney
STANLEY A. BOONE
SHEILA K. OBERTO
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-0083-OWW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE TRIAL |
| | ) | CONFIRMATION AND ORDER |
| v. | ) | |
| | ) | |
| JANE MARY AVILA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Stanley A. Boone, Assistant United States Attorney for Plaintiff, and Richard P. Berman,

////

////

////

////

////

1

1 | Attorney for Defendant, that the trial confirmation hearing currently scheduled for May 11, 2009,
2 | at 9:00 a.m., may be continued to May 18, 2009, at 9:00 a.m.

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: May 7, 2009        By    /s/ Stanley A. Boone
                                STANLEY A. BOONE
                                Assistant U.S. Attorney


DATE: May 7, 2009         By    /s/ Richard P. Berman
                                RICHARD P. BERMAN
                                Attorney for Jane Mary Avila

**ORDER**

IT IS HEREBY ORDERED that the trial confirmation scheduled for May 11, 2009, at 9:00 a.m. is continued to May 18, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   May 7, 2009**              **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE