KATHERINE HART #76715  
Attorney at Law  
2055 San Joaquin  
Fresno, Ca. 93721  
Telephone: (559) 256-9800  
Facsimile:  (559) 256-9798  

Attorney for Defendant  
MARY JANE AVILA  

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F-07-CR-00083 OWW |
| Plaintiff, | STIPULATION AND REQUEST FOR ORDER TO RELEASE PASSPORT TEMPORARILY FOR APPROVED TRAVEL TO MEXICO |
| vs. | TRAVEL DATES: 12/16/09-12/31/09 |
| MARY JANE AVILA, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the government and counsel for defendant as follows:

1. That pretrial services officer MONTE OLSON has approved proposed travel of MARY JANE AVILA to travel with her family to Guadalajara, Mexico, from December 16, 2009 to December 31, 2009;

2. That travel to Mexico for the holidays was previously approved for this defendant in 2008;

3. That travel to Mexico will require release of MARY JANE AVILA's

1

passport, which is being held by the Office of the Clerk of the Eastern District;

    4.  That MARK MCKEON, Assistant United States Attorney, has no objection to the release of passport and travel to Mexico;

WHEREFORE the parties request that the court approve the attached order, allowing release of passport to defendant MARY JANE AVILA by the Clerk's Office by December 11, 2009 (two court days before the proposed travel) and return by the defendant of the passport by January 5, 2010 (two court days after return from travel).

DATED: 12/2/09     /s/Katherine Hart
                   KATHERINE HART, Attorney for
                   Defendant MARY JANE AVILA

DATED: 12/2/09     /s/MARK McKEON
                   MARK McKEON, Assistant United States Attorney

**ORDER**

Counsel having stipulated to the release of defendant's passport from the Clerk's Office of the Eastern District, and pretrial Services having approved holiday travel for defendant, it is hereby ordered as follows:

That the Clerk's Office of the Eastern District is to release the passport of MARY JANE AVILA, United States Passport 212115104, to the defendant by December 11, 2009, so that defendant may travel with family members to Guadalajara, Mexico from December 16, 2009 to December 31, 2009;

That defendant MARY JANE AVILA is to return the passport to the Clerk of the court of the EASTERN DISTRICT OF CALIFORNIA, Fresno Division, no later than January 5, 2010.

DATED:   December 3, 2009     /s/ OLIVER W. WANGER
                              OLIVER W. WANGER,
                              JUDGE OF THE EASTERN DISTRICT