```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 4  Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JANE MARY AVILA, ) <br> ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | NO.  1:07-cr-00083 OWW <br><br> STIPULATION ON RELEASE OF <br> SEIZED FUNDS TOWARD PAYMENT OF <br> RESTITUTION; ORDER THEREON |

The plaintiff United States of America, by and through Benjamin B. Wagner, the United States Attorney for the Eastern District of California, and Assistant United States Attorney Mark J. McKeon; and defendant, Jane Mary Avila, by and through her attorney, Katherine Hart, with the consent of the defendant having been personally given in open court at the sentencing hearing on

//
//
//
//
//
//

1

1  May 3, 2010, have agreed that the court may enter an order in the
2  form attached to this stipulation.
3      Respectfully submitted this 21st day of May 2010.

                              BENJAMIN B. WAGNER
                              United States Attorney

                        By    /s/ Mark J. McKeon
                              MARK J. McKEON
                              Assistant U.S. Attorney


                              /s/ Katherine Hart
                              KATHERINE HART
                              Attorney for Defendant,
                              JANE MARY AVILA


**ORDER ON STIPULATION**

IT IS HEREBY ORDERED THAT:

1.  Funds in the approximate amount of $30,525 seized by the United States Postal Inspection Service (USPIS) during execution of a 2003 federal search warrant in a case involving defendant JANE MARY AVILA, USPIS Case No. 1370264-MJ, shall be released by USPIS to the address set forth in paragraph 3 below as a payment towards restitution owed in the present case by defendant JANE MARY AVILA.

2.  Funds in the approximate amount of $22,000 held by attorney Richard Berman in his trust account on behalf of defendant JANE MARY AVILA which represents proceeds from the sale of property in Guadalajara, shall be released by attorney Richard Berman to the address set forth in paragraph 3 below as a payment

//
//
//

towards restitution owed in the present case by defendant JANE MARY

AVILA.

3. Funds shall be sent to:

IRS-RACS, Attention Mail Stop 6262, Restitution
333 West Pershing Avenue
Kansas City, Missouri 64108

IT IS SO ORDERED.

**Dated:   May 21, 2010**                              **/s/ Oliver W. Wanger**
                                                      UNITED STATES DISTRICT JUDGE